1  George Tacticos (State Bar No. 60089)
   MORGAN & FINNEGAN, LLP
2  44 Montgomery Street
   Suite 2550
3  San Francisco, CA  94104
   Telephone No.:  (415) 318-8800
4  Facsimile No.:  (415) 676-5816
   *gtacticos@morganfinnegan.com*
5
   ATTORNEYS FOR PLAINTIFF TRANS VIDEO ELECTRONICS, LTD.
6  [Additional Counsel for Plaintiff appears on Signature Page]

**ORIGINAL FILED**
APR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing    MEJ

CV 08 2010

7              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
8
9  TRANS VIDEO ELECTRONICS, LTD.,     )
       an Indiana Corporation, and    )
10                                    )
                Plaintiff,            )
11                                    )
            v.                        )
12                                    )
   SIRIUS SATELLITE RADIO INC.        )
13     a Delaware Corporation,        )
                                      )
14              Defendant.            )   COMPLAINT FOR PATENT INFRINGEMENT
                                      )
15                                    )   DEMAND FOR JURY TRIAL
                                      )
16                                    )
                                      )
17                                    )
                                      )
18                                    )
                                      )
19 _____)

20
            PLAINTIFF TRANS VIDEO ELECTRONICS, LTD.'s
21              COMPLAINT FOR PATENT INFRINGEMENT

22                          THE PARTIES

23     1.     Plaintiff Trans Video Electronics, Ltd. (hereinafter "Trans Video") is a corporation incorporated under the laws of the State of Indiana and has its principal place of business at 4115 Wisconsin Ave., NW, Suite 208, Washington, DC 20016.

2. Upon information and belief, Defendant Sirius Satellite Radio Inc. ("Sirius") is a Delaware corporation with a principal place of business at 1221 Avenue of the Americas, 36th Floor, New York N.Y. 10020.

3. Upon information and belief, Defendant Sirius makes, uses, offers for sale, sells and/or imports into the United States digital satellite radio services and products, including portable integrated receiving systems for use with its satellite communications systems to establish a satellite communications down-link, including related systems and equipment.

## JURISDICTION AND VENUE

4. This action arises under the laws of the United States, more specifically under 35 U.S.C. § 100, *et seq*. Subject matter jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 and 1338.

5. Upon information and belief, Sirius transacts business in this judicial district, including the sale and offering for sale of its products, and Sirius has sufficient contacts with this judicial district to subject itself to the jurisdiction of this Court. Personal jurisdiction and venue are proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1400.

## COUNT 1: INFRINGEMENT OF U.S. PATENT NO. 5,903,621

6. Trans Video Electronics, Ltd. incorporates by reference the allegations set forth in the preceding paragraphs.

7. On May 11, 1999, United States Patent No. 5,903,621 ("the '621 patent") was duly and legally issued. A true and correct copy of the '621 patent is attached hereto as Exhibit A. Trans Video Electronics, Ltd. is the assignee and the owner of all right, title and interest in and to the

'621 patent. The assignment is recorded at reel 6691 and frame 229. The '621 patent is entitled to a presumption of validity.

8. Sirius has committed, actively induced and contributed to the infringement of the '621 patent. Sirius continues to commit, actively induce and contribute to the infringement of the '621 patent.

9. Specifically, Sirius' making, using, offering for sale, selling and/or importing into the United States of certain of its digital satellite radio products, including portable satellite radio receiving systems, such as Stiletto 2 Portable Satellite Radio and Stiletto 100 Portable Satellite Radio receivers and related products, directly infringe Trans Video's '621 patent. By Sirius' acts of making, using, offering for sale, selling, importing, marketing, supporting and advertising said digital satellite radio products and services, Sirius is actively inducing the infringement of the '621 patent and contributing to the infringement of the '621 patent.

10. Sirius has been, or should have been, on notice of the '621 patent and its infringement, and has not ceased its infringing activities. Sirius' infringement of the '621 patent has been and continues to willful and deliberate.

11. Trans Video has been irreparably harmed by Sirius' acts of infringement of the '621 patent, and will continue to be harmed unless and until Sirius' acts of infringement are enjoined and restrained by order of this Court.

12. As a result of Sirius' acts of infringement, Trans Video has suffered and will continue to suffer damages in an amount to be proven at trial.

# PRAYER FOR RELIEF

WHEREFORE, Trans Video requests this Court enter judgment as follows:

    A.    That Sirius has infringed the '621 patent;

    B.    That such infringement has been willful;

    C.    That Sirius accounts for and pays to Trans Video all damages caused by the infringement of the '621 patent;

    D.    That Trans Video receive enhanced damages, in the form of treble damages, pursuant to 35 U.S.C. §284;

    E.    That this is an exceptional case under 35 U.S.C. §285;

    F.    That Sirius pay Trans Video all of Trans Video's reasonable attorneys' fees and expenses, including for all appeals;

    G.    That Trans Video be granted pre-judgment and post-judgment interest on the damages caused to it by reason of Sirius' infringement of the '621 patent, including pre-judgment and post-judgment interest on any enhanced damages or attorneys' fees award;

    H.    That costs be awarded to Trans Video;

    I.    That Sirius, its agents, employees, representatives, successors and assigns, and those acting in privity or in concert with them, be preliminarily and permanently enjoined from further infringement of the '621 patent; and

    J.    That Trans Video be granted such other and further relief as the Court may deem just and proper under the circumstances.

1134192 v1                          COMPLAINT FOR PATENT INFRINGEMENT

## DEMAND FOR JURY TRIAL

Trans Video hereby demand a trial by jury on all issues.

Dated: April 17, 2008

Respectfully submitted,

_____
George Tacticos
MORGAN & FINNEGAN, LLP
44 Montgomery Street, Suite 2550
San Francisco, CA  94104
Phone: (415) 318-8800
Fax:    (415) 676-5816
*gtacticos@morganfinnegan.com*

*ATTORNEYS FOR PLAINTIFF TRANS VIDEO ELECTRONICS, LTD.*

OF COUNSEL:

John F. Sweeney
*jfsweeney@morganfinnegan.com*
Tod M. Melgar
*tmelgar@morganfinnegan.com*
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY  10281-2101
Phone: (212) 415-8700
Fax:    (212) 415-8701