| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Type name, address, phone number of applicant here

FILED
08 APR 22 PM 2:27
RICHARD W. WIEKING
CLERK, US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TransVideo Electronics, Ltd.,
   an Indiana Corporation,

                 Plaintiff(s),

                 v.

Sirius Satelite Radio, Inc.
   a Delaware Corporation

                Defendant(s).

CASE NO. CV-08-2010 (MEJ)

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, John Francis Sweeney, an active member in good standing of the bar of USDC, Southern District Of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff TransVideo Electronics in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
George Tacticos, Morgan & Finnegan, LLP, 44 Montgomery Street, Suite 2550, San Francisco, CA 94104, Telephone: (415) 318-8800.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 21, 2008

                                              John Francis Sweeney