**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9
10                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
11   TRANS VIDEO ELECTRONICS LTD.,              No. C 08-2010 MEJ
12            Plaintiff(s),               **ORDER DIRECTING PLAINTIFF TO**
                                          **FILE CONSENT/DECLINATION FORM**
13      vs.
14   SIRIUS SATELLITE RADIO INC.,
15            Defendant(s).
16   _____/
17
18        Pending before the Court is Plaintiff's counsel's Application for Admission of Attorney Pro

19   Hac Vice.  Upon review of the record in this action, the Court notes that Plaintiff has not filed a

20   written consent to Magistrate Judge James' jurisdiction or request for reassignment to a United

21   States District Court judge for trial.  This civil case was randomly assigned to United States

22   Magistrate Judge Maria-Elena James for all purposes including trial.  In accordance with Title 28,

23   U.S.C. § 636(c), the magistrate judges of this District Court are designated to conduct any and all

24   proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final

25   judgment, upon the consent of the parties.  An appeal from a judgment entered by Magistrate Judge

26   James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same

27   manner as an appeal from any other judgment of a district court.

28        You have the right to have your case assigned to a United States District Judge for trial and

1   disposition. Accordingly, Plaintiff shall inform the Court whether Plaintiff consents to Magistrate

2   Judge James' jurisdiction or requests reassignment to a United States District Judge for trial. A copy

3   of both the consent and declination forms may be obtained from the Northern District of California's

4   website at http://www.cand.uscourts.gov/. From the homepage, click on the "Forms" tab on the left

5   margin, then choose "Civil." The consent/declination form shall be filed as soon as possible, but no

6   later than May 7, 2008.

7          **IT IS SO ORDERED.**

8

9   Dated: April 23, 2008                                    _____

10                                                           MARIA-ELENA JAMES
                                                             United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2