John F. Sweeney (appearance *pro hac vice*)
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281-2101
Telephone: 212-415-8700
Facsimile: 212-415-8701
jsweeney@morganfinnegan.com

George Tacticos (State Bar No. 60089)
MORGAN & FINNEGAN, LLP
44 Montgomery Street, Suite 2550
San Francisco, CA 94104
Telephone No.: (415) 318-8800
Facsimile No.: (415) 676-5816
gtacticos@morganfinnegan.com

*ATTORNEYS FOR PLAINTIFF*
*TRANS VIDEO ELECTRONICS, LTD.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANS VIDEO ELECTRONICS, LTD., an Indiana Corporation, and<br><br>Plaintiff,<br><br>v.<br><br>SIRIUS SATELLITE RADIO INC., a Delaware Corporation,<br><br>Defendant. | No. C 08-02010 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 05-05-08                    By: _____
John F. Sweeney (appearance *pro hac vice*)
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281-2101
Telephone: 212-415-8700
Facsimile:  212-415-8701
jsweeney@morganfinnegan.com

George Tacticos (State Bar No. 60089)
MORGAN & FINNEGAN, LLP
44 Montgomery Street
Suite 2550
San Francisco, CA  94104
Telephone No.: (415) 318-8800
Facsimile No.: (415) 676-5816
gtacticos@morganfinnegan.com

*Attorneys For Plaintiff
Trans Video Electronics, Ltd.*