# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TRANS VIDEO ELECTRONICS, LTD., ) | CASE  NO. C-08-2010 MEJ |
| Plaintiff (s) ) | |
| v. ) | **NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |
| SIRIUS SATELLITE RADIO INC., ) | |
| Defendant (s) ) | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

__X__  (1)  One or more of the parties has requested reassignment to a United States District Judge, or

_____  (2)  One or more of the parties has sought  a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of  all parties, the necessary consents have not been secured, and time is of the essence.

_____  (3)  One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

All previous hearing dates are hereby  **VACATED.**

Dated: May 5, 2008

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk