UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANS VIDEO ELECTRONICS LTD, | No. C 08-02010 JW |
| Plaintiff(s), | |
| v. | **CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE** |
| SIRIUS SATELLITE RADIO INC, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to case reassignment from Judge Maria-Elena James a Case Management Conference has been set before Judge James Ware **August 25, 2008 at 10:00 AM** in Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.    The parties are to file a joint case management conference by **August 15, 2008.**

Dated:  May 7, 2008

FOR THE COURT,
Richard W. Wieking, Clerk


by:  _____/s/_____
       Elizabeth Garcia
       Courtroom Deputy