RECEIVED
08 APR 22 PM 2:27
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 2 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES  DISTRICT COURT

Northern District of California

TransVideo Electronics, Ltd.,
    an Indiana Corporation,

CASE NO.  CV-08-2010 (MEJ)  JW

                Plaintiff(s),

    v.

Sirius Satellite Radio, Inc.,

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

                Defendant(s).

John Francis Sweeney                        , an active member in good standing of the bar of

USDC, Southern District Of New York              whose business address and telephone number

(particular court to which applicant is admitted)

is

Morgan & Finnegan, LLP, 3 World Financial C enter, New York, NY  10281-2101
Telephone:  (212) 415-8525 and Facsimile:  (212) 415-8701

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing  Plaintiff TransVideo Electronics, Ltd.

        IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac

vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: June 27, 2008

_____
United States District      Judge
~~Maria-Elena James~~
James Ware

UNITED STATES DISTRICT COURT
For the Northern District of California