George Tacticos (State Bar No. 60089)
MORGAN & FINNEGAN, LLP
44 Montgomery Street
Suite 2550
San Francisco, CA  94104
Telephone No.:  (415) 318-8800
Facsimile No.:  (415) 676-5816
*gtacticos@morganfinnegan.com*

ATTORNEYS FOR PLAINTIFF TRANS VIDEO ELECTRONICS, LTD.
[Additional Counsel for Plaintiff appears on Signature Page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRANS VIDEO ELECTRONICS, LTD., an Indiana Corporation, and<br><br>                                   Plaintiff,<br><br>           v.<br><br>SIRIUS SATELLITE RADIO INC. a Delaware Corporation,<br><br>                                   Defendant. | Civil Action No. C 08-02010-JW<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF TRANSVIDEO ELECTRONICS' ACTION PURSUANT TO RULE 41(a)(l)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(i), Plaintiff TransVideo Electronics, Ltd. ("Plaintiff") hereby voluntarily dismisses its complaint against Defendant Sirius Satellite Radio Inc. ("Defendant"). The Defendant in this action has not filed an answer to Plaintiff's complaint or a motion for summary judgment, and Plaintiff has not previously

1155923 v1                                                                   **NOTICE OF VOLUNTARY DISMISSAL
                                                                              OF TRANSVIDEO ELECTRONICS' ACTION
                                                                              PURSUANT TO RULE 41(a)(l)(i)**

dismissed an action based on or including the claim brought in this action in any court.  *See* Fed. R. Civ. P. 41(a)(l).  This dismissal is without prejudice.

Dated: August 6, 2008                                   Respectfully submitted,

    /John F. Sweeney/
John F. Sweeney
*jfsweeney@morganfinnegan.com*
Tod M. Melgar
*tmelgar@morganfinnegan.com*
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY  10281-2101
Phone: (212) 415-8700
Fax:     (212) 415-8701

George Tacticos
MORGAN & FINNEGAN, LLP
44 Montgomery Street, Suite 2550
San Francisco, CA  94104
Phone: (415) 318-8800
Fax:     (415) 676-5816
*gtacticos@morganfinnegan.com*

ATTORNEYS FOR PLAINTIFF TRANS VIDEO ELECTRONICS, LTD.